Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Western District of ARKANSAS
CIVIL Division

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jun 20, 2025
OFFICE OF THE CLERK

Veronica Whisman, ET AL
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

The Arlington Hotel, ET AL
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 6:25-cv-6063-SOH
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  [X] Yes  [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Veronica Whisman |
| Address | 300 Runyan st. |
| | Hot Springs, Ar. 71901 |
| | City / State / Zip Code |
| County | Garland |
| Telephone Number | 501-547-6383 |
| E-Mail Address | verawishman2@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mr. Al Rajabi |
| Job or Title (if known) | Owner and operator of the Arlington Hotel |
| Address | 128 Westcourt lane |
| | San Antonio, Tx. 78257 |
| | City / State / Zip Code |
| County | |
| Telephone Number | don't know |
| E-Mail Address (if known) | don't know |

[X] Individual capacity   [X] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Address | |
| | City / State / Zip Code |
| County | |
| Telephone Number | |
| E-Mail Address (if known) | |

[ ] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name: Jason Ingle
    Job or Title (if known): immediate supervisor
    Address: 239 Central Ave. ( Arlington Hotel)
    City: Arlington   State: Ar   Zip Code: 71901
    County: Garland
    Telephone Number: (501) 623-7771
    E-Mail Address (if known):
    [X] Individual capacity  [X] Official capacity

Defendant No. 4
    Name: Sky Associates L.L.C.
    Job or Title (if known): Corporation
    Address: ~~WORLD WIDE~~
    City:   State:   Zip Code:
    County:
    Telephone Number:
    E-Mail Address (if known):
    [ ] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.  Are you bringing suit against *(check all that apply)*:

        [ ] Federal officials (a *Bivens* claim)

        [ ] State or local officials (a § 1983 claim)

    B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    Claiming also under the statutes, codes, and authorities as contained within the legal memorandum . Mainly Title VII of the civil rights act of 1964.

    I am bringing a suit of Sexual harassment , also deliberate indifference, and retaliation . (see attached and enclosed for more information)

    C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

no federal officials

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

_____N/A_____

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

___(see attached and enclosed Legal Memorandum and exhibits)___

### III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

___At the Arlington Hotel in Hot Springs Arkansas. See attached and enclosed memorandum___

B.   What date and approximate time did the events giving rise to your claim(s) occur?

From the date on or about August 2024 until the last date of my employment at the Arlington which was April 28th 2025.

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have several witnesses to the sexual harassment (see attached and enclosed Affidavits); and the retaliation of the cutting of my hours and firing of individuals who complained about the issue (James white ) and others. Every day I am subjected to be fired or have my hours cut back to starving level due to asserting my right to be free of sexual harassment in the workplace, and the retaliation in the form of Jason Ingle's constant and escalating sexual advances and trash talking to me in un-Godly , gross, and disgusting details. I fear that this man will rape me in one of the rooms one day, and no one will come to my aid.
   I quit the Arlington (April 28th 2025) due to the sexual harassment and the fact that no one would stop Mr. Ingle from it, management, H.R., and the owner accepted and fostered the abuse due to deliberate indifference to the events that they were made aware of by myself, multiple witnesses, and we were all retaliated against for reporting the issues.

see attached and enclosed exhibits and legal Memorandum

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental anguish, severe depression, Post traumatic stress disorder, and other psychological prognosis. Seeking mental health treatment at behavior health (see attached and enclosed Affidavits) ; That persists to this very date, the harassment has not stopped, it continues everyday. Thus, the injuries compound daily and escalating rapidly. I am in fear of being raped by this man, my supervisor, Jason Ingle. I clean rooms at the Hotel as a maid and he comes in the rooms when he knows I am in by myself to start his describing all kinds of horrible sexual actions that he wishes to put me in. As my supervisor, and my deaf eared complaints through the system set in place by the Arlington, has rendered me a nervous breakdown and wreak to my everything, spirituality, morally, mentally, health failing due to shot nerves, and becoming a very nervous person when I used to be more normal. Words cannot express the pain and suffering this man and his cohorts have put me through. I can not afford to just quit as I am in a spiraling economic position due to the cutting of hours whereas people I trained are getting the hours and promotions that I should have. The injuries are multifaceted and extraordinary.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

A preliminary injunction to prevent any further retaliation; Also an Injunction to mandate the current sexual harassment be stopped a.s.a.p. ; that the Arlington be mandated to pay for the mental health treatment and that I be justly compensated for $ 750,000.00

Also, that I am Court appointed an Attorney as the individual who helped me to write out the issues as I relayed them is moving to Texas next week. Therefore, my need for Counsel is monumental and extraordinary as my nervous system is shot.

\*\*\*\*\*\*NOTE: I have exhausted the E.E.O.C. processes and procedures, please see attached and enclosed documentation regarding the matter. \*\*\*\*\*\*\*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/15/2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Veronica Whisman

### B. For Attorneys

Date of signing: none

Signature of Attorney: none
Printed Name of Attorney: none
Bar Number: none
Name of Law Firm: none
Address: none
          none
          City          State          Zip Code
Telephone Number
E-mail Address

\*\*\*\*\*I am in need of legal counsel as the individual who assisted me is moving to Texas next month and the Petitioner does not have the educational abilities to further the needed and necessary requirements, such as but not limited to any summary judgments, etc.
  Therefore, extraordinary circumstances exist and should prevail to court order an attorney to litigate this very viable and worthy cause of action, that Justice may be within the reach and scope of the Petitioner and her co-petitioners, which qualify for a class action.\*\*\*\*\*\*

## ADVISEMENT

To the Most Honorable Court:

Please be advised that the Plaintiff will be submitting supplements in the form of affidavits from witnesses as the ability to gather them from each witness. Thus, in the form of supplements this Honorable Court should expect such sworn statements.

Respectfully,

*Veronica Whisman*

Veronica Whisman

FROM:
Veronica Whisman
300 Runyon St.
Hotsprings, Ar
71901

TO:
United States Federal court
Judge Isaac C Parker federal Building
30 South 6th Street
Fort Smith, Arkansas
72901-2437

Utility Mailer
10 1/2" x 16"

ReadyPost

U.S. POSTAGE PAID
FCM LG ENV
HOT SPRINGS NATIONAL
PARK, AR 71901
JUN 16, 2025
$4.91
72901
RDC 99
S2324N502390-12