AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jun 20, 2025
OFFICE OF THE CLERK

| | |
|---|---|
| Veronica Whisman | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 6:25-cv-6063 |
| The Arlington Hotel, ET AL | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____(non incarcerated)_____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
I am not incarcerated and I am currently employed at the embassy suites at 400 convention center Blvd. Hot Springs, Ar.71901

My gross pay or wages are: $ $975.99 , and my take-home pay or wages are: $ $842.34 per
*(specify pay period)* every 2 weeks .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
Before being employed at the embassy suites (my current employer) I was of course working at the Arlington Hotel and Spa where I made $400 bi-monthly. Spa. . Of course I am no longer employed at the Arlington due to the abuse and sexual harassment that I suffered.

4. Amount of money that I have in cash or in a checking or savings account: $ 00000    0.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
none of the above

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses

I pay $900.00 a month in rent; utilities $ 300.00 a month; groceries $250.00 a month; transportation $ 40.00 a month; phone $ 45.00 a month; all which together equal $ 1,535.00 a month; I make $15.35 an hour but don't get that many hours per week but get paid every two (2) weeks. my income is an average of $1,684.00 per month; I don't get full time hours per week. Therefore, after calculating such I am left $ 149.68 per month after all the deductions and expenses. Most of that goes to my daughter and grandbabies for their support.

All which equals approxiamently $1,535.00 per month, after taxes I get paid $1,684.00 a month, which leaves me $149.68 per month
My wage is $15.35 an hour.

$15.35

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
I have my daughter and granddaughter I assist in financial support which normally totals in a month $ $50. to $ 100 .;
my daughter A..., --- ---... ...... ...... ...... ..... ..... ..insley Guzman.
Alyssa Rocker — Isabell Guzman  Kinsley Guzman

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
other than those mentioned above I have no other obligations.

1846.

~~Meekalee~~ - Student loan - ~~$825.~~ 00
Dpt ED/Aidv  $50/monthly

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 6/15/2025

_____
Applicant's signature

Veronica Whisman
*Printed name*

← All Pay (2)

| Payment Date | | Filter ≡ |
|---|---|---|
| May 23, 2025<br>64.083333 Hours | | $842.34 ><br>Gross $975.99 |
| May 9, 2025<br>14.50 Hours | | $203.95 ><br>Gross $220.84 |

Ongoing month Expenses

| Rent | Utilities | Groceries | Trans | Phone |
|---|---|---|---|---|
| $900.00 | $300.00 | $250.00 | $40.00 | $45.00 |

= $1,535.00

Income: $1,684.00 per month
$15-35/23 an hour
No 40 hour weeks

$149.68 left over

daughter & 2 grand babies