IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VERONICA WHISMAN                                                                PLAINTIFF

v.                                    Civil No. 6:25-cv-06063

AL RAJABI, *et al*                                                              DEFENDANTS

## ORDER

**VERONICA WHISMAN**, Plaintiff, submitted this *pro se* action for filing.  Plaintiff also submitted an application to proceed *in forma pauperis* (IFP).  (ECF No. 3)  The Court has reviewed the IFP application and finds that same should be **GRANTED**.  The Plaintiff is allowed to proceed *in forma pauperis* in this matter.  The matter of service will be determined at a later date.

**IT IS SO ORDERED this 23rd day of June 2025.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE