IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VERONICA WHISMAN                                                                          PLAINTIFF

v.                                         Civil No. 6:25-cv-06063

AL RAJABI, *et al*                                                                       DEFENDANTS

## O R D E R

Plaintiff's Complaint was filed in this case on June 20, 2025. Before the undersigned is the issue of service of the Complaint. To assist the Court in ordering service on the Defendants, it is necessary that Plaintiff provide additional information with respect to her claims.

Accordingly, it is ordered that Plaintiff complete and sign the attached addendum to her Complaint and return the same to the Court **by July 10, 2025. Plaintiff is advised that failure to return the completed and executed addendum by July 13, 2025, may result in the Complaint being dismissed without prejudice for failure to prosecute or for failure to obey an order of the Court.**

IT IS SO ORDERED this **26 day of June 2025.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VERONICA WHISMAN                                                                                    PLAINTIFF

v.                                    Civil No. 6:25-cv-06063

AL RAJABI, *et al*                                                                                   DEFENDANTS

## ADDENDUM TO COMPLAINT

TO: VERONICA WHISMAN,

This form is sent to you so that you may assist the court ordering service on the Defendants. Accordingly, it is required that you fill out this form and send it back to the court **by July 10, 2025**. Failure to do so will result in the dismissal of your Complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

1. Please set forth how Defendant **Sky Associates L.L.C**. named in your complaint is to be served by listing the agent of service (if applicable), and the mailing address of the Defendant.

Answer:

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HERIN IS TRUE AND CORRECT.

                                                                           _____

                                                                           VERONICA WHISMAN

                                                                           _____

                                                                           DATE