**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Veronica Whisman | 6:25-cv-06063 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Mr. Al Rajabi et al | Complaint / Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sky Associates L.L.C. c/o Al Rajabi

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
128 Westcourt Lane San Antonio, TX 78257

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US Magistrate Judge
35 E Mountain Room 510
Fayetteville, AR 72701

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED

JUL 1 0 2025

U.S. MARSHALS W/AR

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 479-521-6980 | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 13 | District of Origin No. 10 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk | Date 7/11/25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 7/18/25 | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

95890710 52701291 361693

Form USM-285
Rev. 11/18

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



SKY ASSOCIATES LLC
C/O AL RAJABI
128 WESTCOURT LANE
SAN ANTONIO TX  78257

9590 9402 9632 5121 5293 28

2. Article Number *(Transfer from service label)*

9589 0710 5270 1291 3616 93

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _MWu_    ☐ Agent
             ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

Mike Bul                              7-18-25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ Mail
☐ ____ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

25-6063

PS Form **3811**, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt



USPS TRACKING #
SAN ANTONIO TX 780

18 JUL 2025 PM 4 L

9590 9402 9632 5121 5293 28

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

United States Marshals Service
Judge Isaac C. Parker Fed Bldg
30 South 6th Street RM 243
Fort Smith AR 72901

72901-241068

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Veronica Whisman | 6:25-cv-06063 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Mr. Al Rajabi et al | Complaint / Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jason Ingle

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

239 Central Avenue, Hot Springs, AR 71901

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| US Magistrate Judge<br>35 E Mountain Room 510<br>Fayetteville, AR 72701 | Number of process to be served with this Form 285<br><br>Number of parties to be served in this case<br><br>Check for service on U.S.A. |

RECEIVED JUL 1 0 2025 U.S. MARSHALS

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>479-521-6980 | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>2/3 | District of Origin<br>No. 10 | District to Serve<br>No. 10 | Signature of Authorized USMS Deputy or Clerk | Date<br>7/11/25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>7/17/25 | Time | ☐ am<br>☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

| Service Fee<br>8 | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges<br>8 | Advance Deposits | Amount owed to U.S. Marshal* or<br>(Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

9589 0710 5270 1291 3617 09

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ /SC

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
7-17-25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No



1. Article Addressed to:

JASON INGLE
239 CENTRAL AVENUE
HOT SPRINGS AR 71901

9590 9402 9632 5121 5293 11

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ Mail
☐ ____ Mail Restricted Delivery
   (____)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

25-6063

2. Article Number (Transfer from service label)

9589 0710 5270 1291 3617 09

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



LITTLE ROCK AR 720

18 JUL 2025 AM 3 L

9590 9402 9632 5121 5293 11

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

● Sender: Please print your name, address, and ZIP+4® in this box●

United States Marshals Service
Judge Isaac C. Parker Fed Bldg
30 South 6th Street RM 243
Fort Smith AR 72901

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Veronica Whisman | 6:25-cv-06063 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Mr. Al Rajabi et al | Complaint / Order |

**SERVE AT**
{
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mr. Al Rajabi
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
128 Westcourt Lane San Antonio, TX 78257
}

RECEIVED

JUL 1 0 2025

U.S. MARSHALS W/AR/USA

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| US Magistrate Judge<br>35 E Mountain Room 510<br>Fayetteville, AR 72701 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>479-521-6980 | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>3 | District of Origin<br>No. 10 | District to Serve<br>No. 10 | Signature of Authorized USMS Deputy or Clerk<br>Carl M. Lua | Date<br>7/11/25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>7/18/25 | Time | ☐ am<br>☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*Timothy J. Sra... /Sworn* |
|---|---|

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8 | | | 8 | | |

REMARKS
9589 0710 5270 1291 3617 16

Form USM-285
Rev. 11/18

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



AL RAJABI
128 WESTCOURT LANE
SAN ANTONIO  TX 78257

9590 9402 9632 5121 5293 04

2. Article Number *(Transfer from service label)*

9589 0710 5270 1291 3617 16

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

Mike B___    7-18-25

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Mail
☐ ___ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

25-6063

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

SAN ANTONIO TX 780

18 JUL 2025 PM 3 L

9590 9402 9632 5121 5293 04

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

United States Marshals Service
Judge Isaac C. Parker Fed Bldg
30 South 6th Street RM 243
Fort Smith AR 72901