IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VERONICA WHISMAN                                        PLAINTIFF

VS.                   CASE NO. 6:25-cv-06063-SOH

AL RAJABI; JASON INGLE;
THE ARLINGTON HOTEL;
SKY ASSOCIATES LLC                                 DEFENDANTS

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Sky Associates LLC is a subsidiary of Sky Capital Group, LP d/b/a Arlington Resort Hotel & Spa. No publicly held corporation owns 10% or more of Sky Associates LLC's stock.

                                              Respectfully submitted:

                                              Regina A. Young (96161)
                                              Daveante Jones (2016163)
                                              WRIGHT, LINDSEY & JENNINGS LLP
                                              200 West Capitol Avenue, Suite 2300
                                              Little Rock, Arkansas 72201-3699
                                              PH:  (501) 371-0808
                                              ryoung@wlj.com; dljones@wlj.com

                                              *Attorneys for Defendants*