Date: 9/10/25

RE: Rule 26

**Daveante Jones**
Wright Lindsey Jennings LLP
200 W Capitol Ave.
Ste 2300
Little Rock, AR 72201
(501) 212-1332
Email: dljones@wlj.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Greetings,

This legal correspondence is regarding an Order by the United States Federal Court on Federal Rules of Civil Procedure

**Rule 26. Duty to Disclose; General Provisions Governing Discovery**

This duty is required and we are jointly responsible for holding a F.R.C.P. 26(f) hearing on or before 09/26/2025.

Please contact me at the contact info contained below to schedule such a hearing in compliance to the Order, the email address would be our best mode of contact and communication.

I will have a list of my discovery requests within the next ten (10) working days, well within compliance to the scheduled order and the cited rules.

I will also have any and all material and listing of witnesses that I will disclose to you within the same amount of time and within

1

compliance to the order and cited rules. All of which I can forward to you per email if you wish ?

New material (such as but not limited to other victims of the illegal action such as sexual harassment, wrongful termination, etc.) that has yet to be obtained or discovered will be forwarded to you upon its initial and immediate findings. Any of which is above and beyond the Plaintiffs control, as a class action is being formulated due to the extent of the illegal and wrongful actions of the Defendants, as other victims learn of the action and want for Justice.

There is already an extensive listing, to which your agency shall be privileged to such listings per Order of the Court and fairness.

Therefore, in conclusion of this compliance to the rules as mandated by the Court, within the last submitted Omnibus Motion submitted by the Plaintiff contained a partial discovery request that should be answered by your agency. There shall be further discovery requests within the time frame as noted above and herein.

Thank you in advance for your assistance and future cooperation in this unfortunate matter.

Most respectfully,

Veronica Whisman

Phone # 501-547-6383
Address: 300 Runyan St.
　　　Hot Springs, Ar. 71901
Email address: verawishman2@gmail.com