IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VERONICA WHISMAN PLAINTIFF

v. CASE NO. 6:25-CV-06063-SOH-MEF

AL RAJABI, JASON INGLE,
THE ARLINGTON HOTEL, and
SKY ASSOCIATES, L.L.C. DEFENDANTS

**ORDER ON PLAINTIFF'S MOTION FOR DEPOSITION TRANSCRIPTS**

Currently before the Court is Plaintiff's Second Motion for Deposition Transcripts. (ECF No. 85). Pursuant to 28 U.S.C. §§ 636(b)(1) and (3), this case has been referred to the undersigned for all pretrial matters. (ECF No. 24).

On May 20, 2026, the Plaintiff filed a second Motion for Deposition Transcripts, seeking copies of the deposition testimony of James White, Marty Rowland, or Ashley Wilchie at no cost. (ECF No. 85). The Court notes our previous Order denying a similar request but voicing our willingness to reconsider Plaintiff's request if the Defendants relied upon deposition testimony in their dispositive motions or expressed intent to call any of the deposed witnesses to testify at trial. (ECF No. 79).

The Defendants have now filed their Motion for Summary Judgment and rely solely on Plaintiff's deposition testimony. (ECF No. 92). Further, in their Response to this Motion, the Defendants state they do not intend to call White, Rowland, or Wilchie as witnesses at trial. (ECF No. 87). Should they decide to do so, however, Defendants agree they will provide their deposition transcripts to the Plaintiff. (ECF No. 95).

Accordingly, for the same reasons discussed in our Order of May 13, 2026 (ECF No. 79), Plaintiff's request for deposition transcripts is again **DENIED**. (ECF No. 85). Should the Defendants decide to call any of the deposed witnesses to testify at trial, they are directed to provide Plaintiff with a copy of that witness' deposition testimony.

IT IS SO ORDERED on this 15th day of July 2026.

/s/ *Mark E. Ford*

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE