IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VERONICA WHISMAN PLAINTIFF

v. Case No. 6:25-cv-6063

AL RAJABI; JASON ENGLE;
THE ARLINGTON HOTEL RESORT
& SPA; and SKY ASSOCIATES LLC DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 74. Judge Ford recommended that Defendants' Motion for Partial Summary Judgment (ECF No. 44) be granted and that: (1) Plaintiff's claims pursuant to Title VII of the Civil Rights Act against Separate Defendants Al Rajabi and Jason Engle be dismissed with prejudice; and (2) Plaintiff's claims pursuant to 42 U.S.C. § 1983 against all Defendants be dismissed with prejudice. Plaintiff filed a timely objection. ECF No. 75.

Upon de novo review of the R&R, the Court finds that Judge Ford's reasoning is sound and conclusion is correct and thus **ADOPTS** the R&R (ECF No. 74) in its entirety. Accordingly, Defendants' Motion for Partial Summary Judgment (ECF No. 44) is hereby **GRANTED**. Plaintiff's Title VII claims against Separate Defendants Al Rajabi and Jason Engle are hereby **DISMISSED WITH PREJUDICE** and Plaintiff's § 1983 claims against all Defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge