IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VERONICA WHISMAN PLAINTIFF

v. Case No. 6:25-cv-6063

AL RAJABI; JASON ENGLE;
THE ARLINGTON HOTEL RESORT
& SPA; and SKY ASSOCIATES LLC DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 112. Judge Ford recommended that Defendants' Motion for Summary Judgment (ECF No. 92) be granted and that Plaintiff's remaining claims pursuant to Title VII of the Civil Rights Act be dismissed with prejudice. Plaintiff filed a timely objection opposing Judge Ford's recommended disposition. ECF No. 113.

Upon de novo review of the R&R, the Court finds that Judge Ford's reasoning is sound and conclusion is correct. The record is insufficient to establish Plaintiff's Title VII harassment and retaliation claims. Therefore, the Court **ADOPTS** the R&R (ECF No. 112) in its entirety. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 92) is hereby **GRANTED**. Plaintiff's remaining claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge